UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MIRANDA,<br><br>          Petitioner,<br><br>     v.<br><br>JASON SCHULTZ,<br><br>          Respondent. | Case No. 2:25-cv-02010-TLN-JDP<br><br>**ORDER** |

Petitioner Javier Miranda ("Petitioner"), a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 17, 2025, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 17, 2025 are adopted in full;

    2. The amended petition (ECF No. 9) is DISMISSED without leave to amend for failure

to state a cognizable federal habeas claim;

    3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

    4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

Date: December 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE